SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BABAK YOUSEFZADEH, Cal. Bar No. 235974
ALEXIS N. GEVANTER, Cal. Bar No. 307295
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile:  415.434.3947

Attorneys for Defendant
ROSS STORES, INC.

STEVEN DRANSFIELD
309 4th St. #109
Oakland, California 94607
Telephone: 510-504-3982

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DRANSFIELD,<br><br>           Plaintiff,<br><br>     v.<br><br>ROSS STORES, INC.,<br><br>           Defendant. | Case No.: 3:16-cv-04681-EMC<br>Judge: Hon. Edward M Chen<br><br>**STIPULATION TO SUBMIT CASE TO BINDING ARBITRATION AND REQUEST FOR STAY PENDING ARBITRATION; [PROPOSED] ORDER THEREON**<br><br>COMPLAINT FILED: AUGUST 15, 2016<br>TRIAL DATE: TBD |

This Stipulation is made by and between Defendant Ross Stores, Inc. ("Defendant" or "Ross"), by and through its attorneys of record, and Plaintiff Steven Dransfield ("Plaintiff") (collectively "the Parties"). This Stipulation is made with reference to the following facts:

-1-

1. Plaintiff was formerly employed by Defendant. Plaintiff's employment was governed by a Dispute Resolution Agreement ("Dispute Resolution Agreement"), attached hereto as Exhibit A.

2. On or about August 15, 2016, Plaintiff filed a civil complaint with this Court against Defendant entitled, Steven Dransfield v. Ross Stores, Inc., Case No. 3:16-cv-04681-EMC (the "Complaint"). The Complaint includes causes of action under the Equal Pay Act of 1963, 29 U.S.C. § 206(d), *et seq.*, as amended; the Americans with Disabilities Act, 42 U.S.C. § 12101, *et. seq.*, as amended; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e)-2, *et seq.*, as amended; federal common law; California Labor Code § 1197.5; common law of the State of California and the California Constitution, including invasion of privacy, and interference with the right to contract.

3. The Parties agree that the claims in Plaintiff's Complaint fall within the scope of the Dispute Resolution Agreement; and

4. The Parties further agree to submit this matter to mediation and/or arbitration pursuant to the terms set forth in Exhibit A.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties hereto as follows:

1. That Plaintiff will submit the claims set forth in this civil action to mediation and/or arbitration, pursuant to the Dispute Resolution Agreement that governed Plaintiff's employment and in accordance with the Parties' further agreement as outlined above;

2. That the above-entitled action be stayed, pursuant to 9 U.S.C. § 3, pending the final disposition of the arbitration;

3. That the Parties shall make a good faith effort to attend mediation within three to four months, or as soon thereafter that a mutually agreed-upon mediator is available; and

4. That the Parties request that the Court set status conferences to monitor

the progress of the mediation and/or arbitration.

**IT IS SO STIPULATED.**

Dated: September ~~12~~ 19, 2016

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _/s/ Babak Yousefzadeh_
    BABAK YOUSEFZADEH
    ALEXIS N. GEVANTER

Attorneys for Defendant
ROSS STORES, INC.

Dated: September 19, 2016

By _/s/ Steven Dransfield_
    STEVEN DRANSFIELD
    Pro Se

SMRH:225769567.1     Stipulation to Submit Case to Binding Arbitration and Request for Stay; [Proposed] Order

# [~~PROP~~OSED] ORDER

The Parties' joint Stipulation to Submit Case to Binding Arbitration and Request for Stay Pending Arbitration is adopted by the Court, and this matter is STAYED pending arbitration of Plaintiff's claims. The ~~Court will set status conferences to monitor the progress of case.~~

**IT IS SO ORDERED.** The Case Management Conference is set for February 9, 2017 at 9:30 a.m. A joint CMC statement shall be filed by February 2, 2017.

Dated: 9/21/16

_____
Hon. Edward M. Chen



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# PROOF OF SERVICE

<u>STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111.

On September 19, 2016, I served true copies of the following document(s) described as

**STIPULATION TO SUBMIT CASE TO BINDING ARBITRATION AND REQUEST FOR STAY PENDING ARBITRATION; [PROPOSED] ORDER THEREON**

on the interested parties in this action as follows:

STEVEN DRANSFIELD
309 4th St. #109
Oakland, California 94607
Telephone: 510-504-3982

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 19, 2016, at San Francisco, California.

_____