SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BABAK YOUSEFZADEH, Cal. Bar No. 235974
byousefzadeh@sheppardmullin.com
AMANDA E. BECKWITH, Cal. Bar No. 312967
ABeckwith@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947

Attorneys for Defendant
ROSS STORES, INC.

STEVEN DRANSFIELD
309 4th St. #109
Oakland, California 94607
Telephone: 510-504-3982

Plaintiff, In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DRANSFIELD, | Case No.: 3:16-cv-04681-EMC |
| Plaintiff, | Judge: Hon. Edward M Chen |
| v. | *JOINT* STIPULATION TO CONTINUE FEBRUARY 7, 2017 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| ROSS STORES, INC., | |
| Defendant. | |
| | COMPLAINT FILED: AUGUST 15, 2016<br>TRIAL DATE: TBD |

**TO THE COURT, PLAINTIFF, AND HIS ATTORNEY OF RECORD:**

Plaintiff Steven Dransfield ("Plaintiff") and Defendant Ross Stores, Inc. ("Defendant" or "Ross") (individually "Party," and collectively "Parties"), both jointly request and herby stipulate, through their undersigned counsel, as follows:

WHEREAS, Plaintiff initially filed a complaint before this Court on August 15, 2016;

WHEREAS, after filing of the complaint, the Parties agreed to submit this matter to mediation and arbitration, pursuant to a Dispute Resolution Agreement ("DRA") between them;

WHEREAS, pursuant to the Parties' agreement, the Court stayed the instant proceedings, ordered the matter to resolution through the Parties' DRA, and scheduled a Case Management Conference ("CMC") for February 9, 2017 to follow up on the status of the proceeding;

WHEREAS, the Parties have agreed to participate in a private mediation session with Jeffrey A. Ross on February 9, 2017, the first available date that satisfies Mr. Ross' calendar and those of the Parties;

WHEREAS, given the status of this matter, it would be difficult to reschedule the private mediation session; and

WHEREAS, the Parties' agree that a continuance of the CMC would be appropriate while they seek informal resolution at mediation;

**NOW THEREFORE,** the Parties respectfully stipulate to and request that this Court enter an order continuing the February 9, 2017 CMC for sixty (60) days, or a date as soon thereafter that is convenient for the Court.

1  IT IS SO STIPULATED.

2

3  Dated: January 24, 2017
              25
4

5              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

6
              By _____
7                   BABAK YOUSEFZADEH
                    AMANDA BECKWITH
8                   Attorneys for Defendant
9                   ROSS STORES, INC.

10  Dated: January 25, 2017

11
              By _____
12                  STEVEN DRANSFIELD
13                       Pro Se

-2-
SMRH:226049730.1    JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

[~~PROPOSED~~] ORDER

PURSUANT TO THE PARTIES' STIPULATION, the Court hereby continues the February 9, 2017 case management conference to ~~February~~ __4/13__, 2017 at __9:30__ a.m./~~p.m.~~.

**IT IS SO ORDERED.**

Dated: __1/27/17__

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

-3-

PROOF OF SERVICE

<u>STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111.

On January 25, 2017, I served true copies of the following document(s) described as

***JOINT*** **STIPULATION TO CONTINUE FEBRUARY 7, 2017 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested parties in this action as follows:

STEVEN DRANSFIELD
309 4th St. #109
Oakland, California 94607
Telephone: 510-504-3982

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2017, at San Francisco, California.

_____
Heather Figueroa