SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BABAK YOUSEFZADEH, Cal. Bar No. 235974
byousefzadeh@sheppardmullin.com
AMANDA E. BECKWITH, Cal. Bar No. 312967
ABeckwith@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendant
ROSS STORES, INC.

STEVEN DRANSFIELD
309 4th St. #109
Oakland, California 94607
Telephone: 510-504-3982

Plaintiff, In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DRANSFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>ROSS STORES, INC.,<br><br>    Defendant. | Case No.: 3:16-cv-04681-EMC<br><br>Judge: Hon. Edward M Chen<br><br>*JOINT* STIPULATION OF DISMISSAL [PRO~~PO~~SED] ORDER<br><br>COMPLAINT FILED: AUGUST 15, 2016 |

**TO THE COURT, PLAINTIFF, AND HIS ATTORNEY OF RECORD:**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A), Plaintiff Steven Dransfield ("Plaintiff") and Defendant Ross Stores, Inc. ("Defendant" or "Ross") (individually "Party," and collectively "Parties"), both hereby stipulate (Defendant through their undersigned counsel, and Plaintiff pro se) as follows:

WHEREAS, Plaintiff initially filed a complaint before this Court on August 15, 2016;

WHEREAS, after filing of the complaint, the Parties agreed to submit this matter to mediation and arbitration, pursuant to a Dispute Resolution Agreement ("DRA") between them;

WHEREAS, pursuant to the Parties' agreement, the Court stayed the instant proceedings, ordered the matter to resolution through the Parties' DRA;

WHEREAS, the Parties participated in a private mediation session with Jeffrey A. Ross on February 9, 2017; and

WHEREAS, the Parties have reached a settlement of the above-captioned action in its entirety and have come to terms on a written settlement agreement February 9, 2017 resulting in a dismissal of the above-captioned action with prejudice;

**NOW THEREFORE IT IS HEREBY STIPULATED** by the Parties, through their undersigned counsel, that the above-captioned action shall be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

1  IT IS SO STIPULATED.

3  Dated: February 16, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
BABAK YOUSEFZADEH
AMANDA BECKWITH
Attorneys for Defendant
ROSS STORES. INC.

10  Dated: February 16, 2017

By _____
STEVEN DRANSFIELD
Pro Se

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that pursuant to the Parties' Stipulation that this entire action is hereby dismissed as to all parties with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: 2/22/2017



Judge Edward M. Chen
UNITED STATES DISTRICT JUDGE